# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| BRANDY N. BURRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0175-CV-W-GAF-P |
| | ) | |
| JENNIFER MILLER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## Notice of Filing Exhibit Attachments

Exhibits A to L, which are in an attachment to respondent's "Response to Order to Show Cause Why a Writ of Habeas Corpus Should Not Be Granted," are in paper form only and maintained in the case file in the Clerk's Office.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General of Missouri

\s\ John D. Hoelzer
JOHN D. HOELZER
Assistant Attorney General
Missouri Bar #59855
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3321
(573) 751-3825 fax
John.Hoelzer@ago.mo.gov

Attorneys for Respondent

Certificate of Service

      I certify that a true and correct copy of the foregoing was mailed, postage prepaid, this 29 day of April, 2008, to:

Ms. Brandy N. Burrell, #1029956
Chillicothe Correctional Center
1500 Third Street
Chillicothe, MO  64601

    \s\ John D. Hoelzer
JOHN D. HOELZER
Assistant Attorney General
Missouri Bar #59855